# EXHIBIT 1

## STATE OF VERMONT
## OFFICE OF SECRETARY OF STATE

**The Office of Secretary of State hereby grants a**

**Articles of Organization**

to

**COTERIE WHITE LLC**

A Vermont Domestic Limited Liability Company, effective September 13, 2022



September 14, 2022

Given under my hand and the seal of the State of Vermont, at Montpelier, the State Capital

James C. Condos
Secretary of State

Business ID: 0415714
Filing Number: 0002956132



**VERMONT SECRETARY OF STATE**
**Corporations Division**
MAILING ADDRESS: Vermont Secretary of State, 128 State Street, Montpelier, VT 05633-1104
DELIVERY ADDRESS: Vermont Secretary of State, 128 State Street, Montpelier, VT 05633-1104
PHONE: 802-828-2386          WEBSITE: sos.vermont.gov

# ARTICLES OF ORGANIZATION

**\*\*ELECTRONICALLY FILED\*\***
FILING NUMBER: 0002956132
FILING DATE: 9/13/2022
EFFECTIVE DATE: 9/13/2022

| BUSINESS INFORMATION | |
|---|---|
| BUSINESS ID | 0415714 |
| BUSINESS NAME | COTERIE WHITE LLC |
| BUSINESS TYPE | Domestic Limited Liability Company |
| BUSINESS DESCRIPTION | Womens, Childrens, and Infants Clothing and Accessories Merchant Wholesalers |
| BUSINESS EMAIL | kimberly@coteriewhite.com |

| DESIGNATED OFFICE PHYSICAL ADDRESS | | | |
|---|---|---|---|
| STREET ADDRESS | 372 hurricane lane , suite 101 | CITY | williston |
| STATE | Vermont | ZIP CODE | 05495 |
| COUNTRY | United States | | |

| DESIGNATED OFFICE MAILING ADDRESS | | | |
|---|---|---|---|
| ADDRESS | 372 hurricane lane , suite 101 | CITY | williston |
| STATE | Vermont | ZIP CODE | 05495 |
| COUNTRY | United States | | |

| FISCAL YEAR END MONTH | |
|---|---|
| FISCAL YEAR END MONTH | December |

| AGENT INFORMATION | | |
|---|---|---|
| NAME | PHYSICAL ADDRESS | MAILING ADDRESS |
| Denise Myers | 1 Towne Marketplace, Unit 1, Essex Jct, VT, 05452, USA | 1 Towne Marketplace, Unit 1, Essex Jct, VT, 05452, USA |

| MANAGEMENT STYLE |
|---|
| Manager-Managed |

| MEMBERS INFORMATION | |
|---|---|
| Does the LLC have members at the time of filing? | Yes |

| MANAGER/MEMBER INFORMATION | | | |
|---|---|---|---|
| NAME | TITLE | PHYSICAL ADDRESS | MAILING ADDRESS |
| Kimberly Marcoux | Manager | 372 hurricane lane, suite 101, williston, VT, 05495, USA | 3 chelsea road, essex jct, VT, 05452, USA |

| AUTHORIZER INFORMATION | |
|---|---|
| AUTHORIZER SIGNATURE | Kimberly Marcoux |
| AUTHORIZER TITLE | c-founder |