# EXHIBIT 2

## STATE OF VERMONT
## OFFICE OF SECRETARY OF STATE

**The Office of Secretary of State hereby grants a**

**Articles of Organization**

to

**MELANGE DE BLANC LLC**

A Vermont Domestic Limited Liability Company, effective September 19, 2022



September 19, 2022

Given under my hand and the seal of the State of Vermont, at Montpelier, the State Capital

*James C. Condos*

James C. Condos
Secretary of State

Business ID: 0416011
Filing Number: 0002957121



**VERMONT SECRETARY OF STATE**
**Corporations Division**
MAILING ADDRESS: Vermont Secretary of State, 128 State Street, Montpelier, VT 05633-1104
DELIVERY ADDRESS: Vermont Secretary of State, 128 State Street, Montpelier, VT 05633-1104
PHONE: 802-828-2386    WEBSITE: sos.vermont.gov

# ARTICLES OF ORGANIZATION    **ELECTRONICALLY FILED**

FILING NUMBER: 0002957121
FILING DATE: 9/19/2022
EFFECTIVE DATE: 9/19/2022

| BUSINESS INFORMATION | |
|---|---|
| BUSINESS ID | 0416011 |
| BUSINESS NAME | MELANGE DE BLANC LLC |
| BUSINESS TYPE | Domestic Limited Liability Company |
| BUSINESS DESCRIPTION | Womens, Childrens, and Infants Clothing and Accessories Merchant Wholesalers |
| BUSINESS EMAIL | kimberly@coteriewhite.com |

| DESIGNATED OFFICE PHYSICAL ADDRESS | | | |
|---|---|---|---|
| STREET ADDRESS | 372 hurricane lane , suite 101 | CITY | williston |
| STATE | Vermont | ZIP CODE | 05495 |
| COUNTRY | United States | | |

| DESIGNATED OFFICE MAILING ADDRESS | | | |
|---|---|---|---|
| ADDRESS | 372 hurricane lane , suite 101 | CITY | williston |
| STATE | Vermont | ZIP CODE | 05495 |
| COUNTRY | United States | | |

| FISCAL YEAR END MONTH | |
|---|---|
| FISCAL YEAR END MONTH | December |

| AGENT INFORMATION | | |
|---|---|---|
| NAME | PHYSICAL ADDRESS | MAILING ADDRESS |
| Denise Myers | 1 Towne Marketplace, Unit 1, Essex Jct, VT, 05452, USA | 1 Towne Marketplace, Unit 1, Essex Jct, VT, 05452, USA |

| MANAGEMENT STYLE |
|---|
| Manager-Managed |

| MEMBERS INFORMATION | |
|---|---|
| Does the LLC have members at the time of filing? | Yes |

| MANAGER/MEMBER INFORMATION | | | |
|---|---|---|---|
| NAME | TITLE | PHYSICAL ADDRESS | MAILING ADDRESS |
| kimberly marcoux | Manager | 372 hurricane lane, suite 101, williston, VT, 05495, USA | 3 chelsea road, essex jct, VT, 05452, USA |
| Christina Wettstein | Manager | 1206 sonesta lane, san antonio, TX, 78260, USA | 1206 sonesta lane, san antonio, TX, 78260, USA |

| AUTHORIZER INFORMATION | |
|---|---|
| AUTHORIZER SIGNATURE | Kimberly Marcoux |
| AUTHORIZER TITLE | Co Founder |