**EXHIBIT 3**

**NOTICE TO REGISTERED AGENT:**

Under N.C.G.S. Section 55D-30(b), it is the duty of the registered agent to forward this certificate to the business entity at the last known address.

Christina Wettstein
COTERIE WHITE LLC (1785758)
4503 Timmerman St
Jacksonville, NC 28540



# State of North Carolina
## Department of the Secretary of State

# CERTIFICATE OF ADMINISTRATIVE DISSOLUTION

I, ELAINE F. MARSHALL, Secretary of State, as mandated by law, do hereby certify that

### COTERIE WHITE LLC

has been administratively dissolved pursuant to the procedure set forth in N.C.G.S. Section 57D-6-06 for failure to file an annual report effective as of the date set forth hereunder.

A Limited Liability Company administratively dissolved under N.C.G.S. Section 57D-6-06 may apply to the Secretary of State for reinstatement by complying with the procedure set forth in the N.C.G.S. Section 57D-6-06.

This the 20th day of November, 2024

*Elaine F. Marshall*

ELAINE F. MARSHALL
**Secretary of State**

Document Id: C202432511844
https://sosnc.gov



**North Carolina Department of the Secretary of State**
Business Registration Division
PO Box 29525
Raleigh, NC 27626-0525

COTERIE WHITE LLC

COTERIE WHITE LLC
Christina Wettstein
4503 Timmerman St
Jacksonville, NC 28540



# Notice of Grounds

# NOTICE OF GROUNDS FOR ADMINISTRATIVE DISSOLUTION

Your business entity is delinquent in filing one or more annual reports, which may cause it to be administratively dissolved/revoked. This Notice is the first step of the administrative dissolution/revocation process.

## Avoid Administrative Action! Take advantage of our easy online filing tools to file missing annual reports now!

Go to our homepage at **www.sosnc.gov and click on "File an Annual Report"** to begin the online process. You can also find a YouTube video to help you through the process at **www.sosnc.gov**. <u>Filing online means you eliminate all the errors</u> that result in the rejection of up to 25% of paper and PDF filings.

## Avoid frustrating delays and file online.

Failing to file all delinquent annual reports within 60 days of this notice will result in the business entity being administratively dissolved/revoked.



**Customer Service** is available at **notice@sosnc.gov**
or call us at **919-814-5350.**
Business Registration Division
Date:

SOSNCPCD240501

**www.sosnc.gov**

Official website of the State of North Carolina   Here's how you know

**Secretary of State**
# Elaine F. Marshall

MENU

Home    Business Registration    Search    Search Results    COTERIE WHITE LLC

# COTERIE WHITE LLC

## Filings

- Creation Filing
    - 12/27/2018
    - C201836100351
    - Articles of Organization Limited Liability
    - [View Filing(PDF)](#)
- Notice Annual Report
    - 10/23/2019
    - C201930401953
    - ADM Notice
    - [View Filing(PDF)](#)
- Destruction Filing
    - 2/4/2020
    - C202003540118
    - ADM Dissolution
    - [View Filing(PDF)](#)
- Annual Report
    - 2/8/2022
    - CA202100810782
    - Annual Report LLC
    - [View Filing(PDF)](#)
- Annual Report
    - 2/8/2022
    - CA202115800367
    - Annual Report LLC
    - [View Filing(PDF)](#)
- Annual Report
    - 2/8/2022

- CA202115800366
- Annual Report LLC
- View Filing(PDF)
* Reinstatement
  - 2/8/2022
  - C202115800365
  - ADM Reinstatement LLC
  - View Filing(PDF)
* Annual Report
  - 5/19/2022
  - CA202213900080
  - Annual Report LLC
  - View Filing(PDF)
* Notice Annual Report
  - 8/26/2024
  - C202423911345
  - ADM Notice
  - View Filing(PDF)
* Destruction Filing
  - 11/20/2024
  - C202432511844
  - ADM Dissolution
  - View Filing(PDF)

Return to top

## Other Agencies

NC Gov

State Board of Elections

North Carolina Birth Certificate Information

North Carolina State Bar

North Carolina Department of Commerce

North Carolina Department of Revenue

## Links of Interest

National Association of Secretaries of State

Intellectual Property

NASAA - North American Securities Administrators Association

North Carolina Consular Corps

Secretary of State Disclaimer & Privacy

[All North Carolina Government Organizations](#)

Hours of Operation Monday - Friday 8:00 am - 5:00 pm



# North Carolina Secretary of State's Office

 

## Contact Us

919-814-5400    Support    Division Directory

**NOTICE TO REGISTERED AGENT:**

Under N.C.G.S. Section 55D-30(b), it is the duty of the registered agent to forward this certificate to the business entity at the last known address.

Christina Wettstein
MELANGE DE BLANC LLC (2117700)
4503 Timmerman St
Jacksonville, NC 28540



# State of North Carolina
## Department of the Secretary of State

# CERTIFICATE OF ADMINISTRATIVE DISSOLUTION

I, ELAINE F. MARSHALL, Secretary of State, as mandated by law, do hereby certify that

## MELANGE DE BLANC LLC

has been administratively dissolved pursuant to the procedure set forth in N.C.G.S. Section 57D-6-06 for failure to file an annual report effective as of the date set forth hereunder.

A Limited Liability Company administratively dissolved under N.C.G.S. Section 57D-6-06 may apply to the Secretary of State for reinstatement by complying with the procedure set forth in the N.C.G.S. Section 57D-6-06.

This the 27th day of May, 2025

*Elaine F. Marshall*

ELAINE F. MARSHALL
**Secretary of State**

Document Id: C202514710709
https://sosnc.gov



North Carolina Department of the Secretary of State
Business Registration Division
PO Box 29525
Raleigh, NC 27626-0525

MELANGE DE BLANC LLC

MELANGE DE BLANC LLC
Christina Wettstein
4503 Timmerman St
Jacksonville, NC 28540



# Notice of Grounds

# NOTICE OF GROUNDS FOR ADMINISTRATIVE DISSOLUTION

Your business entity is delinquent in filing one or more annual reports, which may cause it to be administratively dissolved/revoked. This Notice is the first step of the administrative dissolution/revocation process.

**Avoid Administrative Action! Take advantage of our easy online filing tools to file missing annual reports now!**

Go to our homepage at **www.sosnc.gov and click on "File an Annual Report"** to begin the online process. You can also find a YouTube video to help you through the process at **www.sosnc.gov**. <u>Filing online means you eliminate all the errors</u> that result in the rejection of up to 25% of paper and PDF filings.

**Avoid frustrating delays and file online.**

Failing to file all delinquent annual reports within 60 days of this notice will result in the business entity being administratively dissolved/revoked.

**Customer Service** is available at **notice@sosnc.gov** or call us at **919-814-5350.**
**Business Registration Division**
**Date:**

SOSNCPCD240501



**www.sosnc.gov**

Official website of the State of North Carolina   Here's how you know

**Secretary of State**
# Elaine F. Marshall

MENU

Home | Business Registration | Search | Search Results | MELANGE DE BLANC LLC

# MELANGE DE BLANC LLC

## Filings

- Creation Filing
  - 1/25/2021
  - C202101800720
  - Articles of Organization Limited Liability
  - View Filing(PDF)
- Annual Report
  - 5/19/2022
  - CA202213900086
  - Annual Report LLC
  - View Filing(PDF)
- Notice Annual Report
  - 9/16/2024
  - C202426011613
  - ADM Notice
  - View Filing(PDF)
- Destruction Filing
  - 5/27/2025
  - C202514710709
  - ADM Dissolution
  - View Filing(PDF)

Return to top

**Other Agencies**                                            **Links of Interest**

[NC Gov](#)

[State Board of Elections](#)

[North Carolina Birth Certificate Information](#)

[North Carolina State Bar](#)

[North Carolina Department of Commerce](#)

[North Carolina Department of Revenue](#)

[All North Carolina Government Organizations](#)

[National Association of Secretaries of State](#)

[Intellectual Property](#)

[NASAA - North American Securities Administrators Association](#)

[North Carolina Consular Corps](#)

[Secretary of State Disclaimer & Privacy](#)

Hours of Operation Monday - Friday 8:00 am - 5:00 pm



## North Carolina Secretary of State's Office



### Contact Us

919-814-5400     [Support](#)     [Division Directory](#)